FILED
CLERK, U.S. DISTRICT COURT

FEB 29 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _DAM_ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUJUAN SPRINGFIELD,<br><br>    Petitioner,<br><br>    v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>    Respondents. | NO. CV 08-0681-AG(CT)<br><br>JUDGMENT |

The court has ordered that the petition be dismissed pursuant to 28 U.S.C. § 2244(b), because it is a successive petition, and there is no authorizing order from the Court of Appeals.

ACCORDINGLY, IT IS HEREBY ADJUDGED that this petition is denied and dismissed without prejudice.

DATED: February 29, 2008

_____
ANDREW GUILFORD
UNITED STATES DISTRICT JUDGE

6